**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 12-7697
_____

ALEX D. TAYLOR,

                Plaintiff – Appellant,

      v.

THIERRY NETTLES, Major; LESLIE DAVIS, Lieutenant; V. STAFFORD, Sergeant; BARRY ROBINSON, Corporal,

                Defendants - Appellees.

_____

Appeal from the United States District Court for the District of South Carolina, at Aiken. Terry L. Wooten, District Judge. (1:11-cv-01479-TLW-SVH)

_____

Submitted: January 23, 2013        Decided: February 7, 2013

_____

Before MOTZ, SHEDD, and DUNCAN, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Alex D. Taylor, Appellant Pro Se. Christopher Thomas Dorsel, Sandra J. Senn, SENN LEGAL, LLC, Charleston, South Carolina, for Appellees.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Alex D. Taylor appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Taylor v. Nettles, No. 1:11-cv-01479-TLW-SVH (Sept. 20, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED